## THE HANOVER NATIONAL BANK OF THE CITY OF NEW YORK, RESPONDENT, *v.* LOUIS LINNEWORTH, APPELLANT.

*Costs — additional allowance of, when attachment has been issued — Code*, §§ 308, 309.

An attachment having been issued and afterward vacated upon the defendant giving a bond, *held*, that an additional allowance, under sections 308 and 309 of the Code, was properly based upon the amount of the bond, which took the place of the attached property. (*Woodward* v. *Grier*, 2 Code R., 13; *Jackson* v. *Figaniere*, 15 How., 224; *Pratt* v. *Conkey*, 15 id., 27; *Iselin* v. *Graydon*, 26 id., 95.)

APPEAL from an order of the Special Term, affirming an adjustment of costs made by the clerk.

*W. W. Badger*, for the appellant.    *Tracy, Olmstead & Tracy*, for the respondent.

Opinions by DAVIS, P. J., and DANIELS, J.   BRADY, J., concurred.

Order affirmed.